IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                            4:05CV00181 SWW

STEVE L. BAILEY AND HIS SPOUSE, IF ANY, and
COMMISSIONER OF REVENUES, STATE OF
ARKANSAS, DEPARTMENT OF FINANCE AND
ADMINISTRATION                                              DEFENDANTS

## ORDER GRANTING MOTION TO DISMISS
## WITHOUT PREJUDICE

Now before the Court is a Motion To Dismiss without prejudice filed by the

United States of America. The Court has reviewed the motion and file and it is therefore

**ORDERED** that the Motion To Dismiss without prejudice is **GRANTED**. This

matter is dismissed without prejudice.

/s/Susan Webber Wright
United States District Judge

Date: July 26, 2005